UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
DAVID PRICE, :
an individual, :
 :
       Plaintiff, : CASE NO.:2:10-cv-00398-MLCF ALC
 :
vs. : SECTION "F"
 :
RICHARDS CLEARVIEW L.L.C., :
a Louisiana Limited Liability Company, :
 :
       Defendant. :
---------------------------------------------------------------x

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement on all substantive issues in dispute. The parties are in the process of drafting the settlement agreement and shall subsequently file a joint stipulation for dismissal once all parties have executed said agreement.

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| */s/ Georgianne Sims* | */s/ Stephen M. Whitlow* |
| Georgianne Sims, Esq. (Bar # 278879) | Stephen M. Whitlow, Esq. |
| KU & MUSSMAN, P.A. | Tori S. Bowling, Esq. |
| Local Counsel | Keogh, Cox & Wilson, LTD |
| 936 Louisiana Avenue | 701 Main Street |
| New Orleans, Louisiana 70115 | Baton Rouge, Louisiana 70821 |
| Tel: (504) 495-5542 | Tel: (225) 383-3796 |
| Fax: (305) 891-14512 | Fax: (225) 343-9612 |
| georgianne.sims@gmail.com | swhitlow@kcwlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |